UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL 16 LOCAL UNION 294,<br>        Plaintiff,<br><br>        v.<br><br>COLOR NEW CO., LOUIE ANDREW , LOIZU d/b/a/ COLOR NEW CO.<br>        Defendant. | Case No.: 12-cv-0570 LJO-BAM<br><br>**ORDER REGARDING DOCUMENTS AND CHECK RECEIVED ON MAY16, 2013** |

On May 16, 2013, this Court received an "Opposition to Petitioner's Motion to Compel Arbitration" and a personal check from Defendant Louie Andrew Loizu.  A review of Defendant's documents reveals that he is attempting to vacate an arbitration award issued in this case on April11, 2013.  Therefore, the Court construes Defendant's opposition as a Motion to Vacate the Arbitrator's Award.  It also appears Defendant believes that he is obligated to pay a filing fee in this Court in order to challenge or "appeal" the arbitration award.  However, Defendant is advised that this Court retains jurisdiction to vacate an arbitration award.  Thus, no further filing fee is due.

The Clerk of the Court is directed to return Defendant's check and file Defendant's Opposition as a separate docket entry titled "Motion to Vacate Arbitrator's Award."  Plaintiff may file a response to Defendant's motion on or before **July 1, 2013**.  A hearing on Defendant's Motion for Default Judgment will be scheduled if the Court deems it necessary.

1

The Clerk is directed to serve this order on Defendant Louie Andrew Loizu d/b/a Color New Co. at 22938 Mariano St. Woodland Hills, CA 91367.

IT IS SO ORDERED.

Dated:   **May 17, 2013**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE