DAVID A. ROSENFELD, Bar No. 058163
SHARON SEIDENSTEIN, Bar No. 215588
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail: dbrome@unioncounsel.net

Attorneys for Petitioner PAINTERS DISTRICT COUNCIL 16,
LOCAL UNION 294

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL 16, LOCAL UNION 294,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COLOR NEW CO.; LOUIE ANDREW LOIZU d/b/a COLOR NEW CO.,<br><br>　　　　Respondents. | No.   1:12-cv-00570-LJO-BAM<br><br>**ORDER CONFIRMING ARBITRATION AWARDS**<br><br>*COURT LANGUAGE ADDED* |

　　　　The petition of PAINTERS DISTRICT COUNCIL 16, LOCAL UNION 294, (hereinafter "Petitioner") for an Order Confirming Arbitration Award, and the Motion of  COLOR NEW CO. and LOUIE ANDREW LOIZU d/b/a COLOR NEW CO., (hereinafter "Respondents") was taken under submission by this Court.  On proof being made to the satisfaction of the Court, and good cause appearing therefore, especially given denial to vacate the arbitration award:

　　　　IT IS HEREBY ORDERED that the Arbitration Awards of April 11, 2013 and June 10, 2013, incorporated herein, are confirmed in their entirety and made an order of this Court.  Respondents are ordered to comply with said Awards in all respects,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 1:12-CV-00570-LJO-BAM

including, but not limited to, that Respondents shall pay to Petitioner the sum of $29,672.11 in wages and benefits and $2,500.00 for the costs of arbitration.

Petitioner further seeks an award of $10,735 for attorney fees and $3,070.41 in costs to address Respondents' refusal to comply with the Arbitration Awards. This Court has reviewed Petitioner's supporting documentation and finds appropriate under the circumstances an attorney fees award of $7,000 and costs of $534.48.  *See Sheet Metal Workers' Int'l Local Union No. 35 v. Madison Industries, Inc. of* Arizon, 84 F.3d 1186, 1192 (9th Cir. 1996).   As such, Respondents owe Petitioner a total of $39,706.59.

IT IS SO ORDERED.

Dated:   **August 5, 2013**                              /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001